# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3318
_____

KEVIN MANUEL ORDONEZ-
GARCIA,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

February 22, 2024

PER CURIAM.

     AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.